FILED
1/24/17 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edwin R. Sterling and Barbara H. Sterling | : | Chapter 7 |
| Debtor | : | |
| | | |
| Edwin R. Sterling and Barbara H. Sterling | : | Bankruptcy No. 16-11024 TPA |
| Movants | : | Document No. 22 |
| v. | : | |
| No Respondent | : | |

## COURT ORDER GRANTING MOTION TO EXCUSE APPEARANCE AND TESTIMONY OF DEBTOR/HUSBAND AT 341 MEETING OF CREDITORS AND COMPLETION OF FINANCIAL MANAGEMENT COURSE

AND NOW, this ___24th___ day of _____January_____, 2017, the Court hereby grants the Debtors Motion To Excuse Appearance And Testimony Of Debtor/Husband at 341 Meeting Of Creditors And Completion Of Financial Management Course.

_____
Thomas P. Agresti           jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-11024-TPA
Edwin R. Sterling                                                         Chapter 7
Barbara H. Sterling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy                  Page 1 of 1              Date Rcvd: Jan 24, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb         +Edwin R. Sterling,    Barbara H. Sterling,    2500 Nursery Road, Lot 109S,
                 Lake City, PA 16423-2029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for CIM Trust 2015-2AG Mortgage-Backed Notes, Series 2015-2AG bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              M. Kathryn Karn    on behalf of Joint Debtor Barbara H. Sterling mkathrynkarn@aol.com
              M. Kathryn Karn    on behalf of Debtor Edwin R. Sterling mkathrynkarn@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              W. Charles Sacco    on behalf of Joint Debtor Barbara H. Sterling valeriedolph@verizon.net
              W. Charles Sacco    on behalf of Debtor Edwin R. Sterling valeriedolph@verizon.net
                                                                                             TOTAL: 7