Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edwin R. Sterling**
**Barbara H. Sterling**
Debtor(s)

Bankruptcy Case No.: 16–11024–TPA

Chapter: 7
Docket No.: 27

# NOTICE – REMINDER

    Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

    ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: February 19, 2017

Michael R. Rhodes, Clerk
United States Bankruptcy Court

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 16-11024-TPA
Edwin R. Sterling                                                   Chapter 7
Barbara H. Sterling
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin                 Page 1 of 1               Date Rcvd: Feb 20, 2017
                               Form ID: 144                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db/jdb        +Edwin R. Sterling,    Barbara H. Sterling,    2500 Nursery Road, Lot 109S,
               Lake City, PA 16423-2029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for CIM Trust 2015-2AG Mortgage-Backed Notes, Series 2015-2AG bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              M. Kathryn Karn    on behalf of Joint Debtor Barbara H. Sterling mkathrynkarn@aol.com
              M. Kathryn Karn    on behalf of Debtor Edwin R. Sterling mkathrynkarn@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              W. Charles Sacco    on behalf of Joint Debtor Barbara H. Sterling valeriedolph@verizon.net
              W. Charles Sacco    on behalf of Debtor Edwin R. Sterling valeriedolph@verizon.net
                                                                                             TOTAL: 7